UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DWAYNE PREJEAN** | **CASE NO. 6:21-CV-01274** |
| **VERSUS** | **JUDGE JUNEAU** |
| **KEYSTONE RV CO., ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 11. After an independent review of the record and the applicable law, including the Defendant's objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant Keystone RV Company's Motion to Dismiss for Failure to State a Claim, Rec. Doc. 4, is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 27th day of July, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE